UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF<br>PORTON CAPITAL, INC.<br>For Discovery in Aid of a<br>Foreign Proceeding<br>Pursuant to 28 U.S.C. § 1782 | Misc. Civil Action No. 11-MC-06002<br>Honorable David G. Larimer |

**NOTICE OF MOTION AND MOTION OF CHARLES KUMMETH, 3M COMPANY, AND 3M UK HOLDINGS LIMITED TO QUASH SUBPOENA PURSUANT TO RULE 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO QUASH PORTON CAPITAL, INC.'S APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

TO:   Applicant Porton Capital, Inc., and its attorneys Robert D. Leary, Esq., Kenney Shelton Liptak Nowak, LLP, Suite 510, Rand Building, 14 Lafayette Square, Buffalo, New York 14203 and Michael P. Socarras, Esq., Matthew M. Leland, Esq., McDermott Will & Emery LLP, 600 Thirteenth Street, N.W., Washington, D.C. 20005.

PLEASE TAKE NOTICE that Non-Parties Charles Kummeth, 3M Company, and 3M UK Holdings Limited, by and through their undersigned counsel, will and hereby do move the Court at the United States District Court for the Western District of New York, at a time and place to be assigned by the Court pursuant to Local Rule 7.1, to quash a subpoena pursuant to Fed. R. Civ. P. 45 and to quash Porton Capital, Inc.'s application for discovery pursuant to 28 U.S.C. § 1782. This motion is based on the accompanying memorandum of law and supporting affidavits and declarations as well as all of the files, records and proceedings herein.

-2-

Dated:  February 11, 2011         Lavin, O'Neil, Ricci, Cedrone & DiSipio

<u>*By  s/Bernadette Weaver-Catalana*</u>
Bernadette W. Catalana, Esq.
One East Main Street
Rochester, New York 14614
Telephone: (585)647-5753

Attorneys for Charles Kummeth, 3M Company and 3M UK Holdings Limited

DORSEY & WHITNEY LLP
Theresa M. Bevilacqua (MN #31500X)
*Pro Hac Vice Application Pending*
Paul B. Klaas (MN #0056327)
*Pro Hac Vice Application Pending*
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

Attorneys for Charles Kummeth, 3M Company and 3M UK Holdings Limited