| | LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO | |
|---|---|---|
| | ATTORNEYS AT LAW | |
| Direct Dial: (585) 647-5753<br>Facsimile (585) 647-5756 | Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>One East Main Street<br>Rochester, New York 14614 | Bernadette Catalana, of Counsel<br>Email: bcatalana@lavin-law.com |

March 9, 2011

**Via Facsimile (585) 613-4085**
Hon. Marian W. Payson
Magistrate Judge, U.S. District Court
Western District of New York
100 State Street
Rochester, NY 14614

RECEIVED
MAR - 9 2011
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

RE:   Porton Capital, Inc. v. Kummeth
      Civil Case No. 6:11-mc-06002-DGL-MWP

Dear Judge Payson:

Charles Kummeth, 3M Company and 3M UK Holdings Limited (collectively "Movants") respectfully withdraw their Motion to Quash, which is scheduled for hearing before this Court on Friday, March 11, 2011 at 10:30 a.m. The basis for the withdrawal is an agreement between counsel for Porton Capital and Counsel for all Movants, which resolves the issues in dispute. However, Movants reserve the right to renew the motion in the event that the issues raised in the motion do not resolve as currently anticipated.

Thanks to you and your staff for your courtesy and kind consideration in this matter.

Respectfully,

Bernadette Weaver-Catalana

BWC/jlv
cc:   Matthew M. Leland, Esq.
      Michael P. Socarras, Esq.
      (via facsimile (202) 756-8087)

      Robert D. Leary, Esq.
      (via facsimile (716) 853-0265)

      Paul B. Klaas, Esq.
      Theresa M. Bevilacqua, Esq.
      (via facsimile (612) 340-8856)